IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:16-CR-00093-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| LIZET ARAIRANI RAMIREZ-ZAZUETA, | |
| Defendant. | |

The above named defendant having been sentenced on November 28, 2016, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.


IT IS SO ORDERED.

Dated:   **November 28, 2016**        **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE